JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE FERNANDEZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-07306 MRW<br>*Magistrate Judge Michael R. Wilner; Crtm 550*<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION** |

TO ALL PARTIES AND TO THEIR ATTORNEY OF RECORD:

　　Based on the stipulation of the parties, and good cause appearing therefore, this action is dismissed in its entirety, with prejudice. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: ___2/5/2024___　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE MICHAEL R. WILNER
　　　　　　　　　　　　　　　　　United States District Court Magistrate Judge

1